No. 23-5118

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

FILED
Jul 11, 2023
DEBORAH S. HUNT, Clerk

| | |
|---|---|
| BARBARA PHILLIPS, | ) |
| | ) |
|    Plaintiff-Appellant, | ) |
| | ) |
| v. | )    O R D E R |
| | ) |
| | ) |
| SHELBY COUNTY, TN GOVERNMENT, | ) |
| Sheriff's Office, | ) |
| | |
|    Defendant-Appellee. | |

Before: WHITE, Circuit Judge.

Barbara Phillips appeals the dismissal of her employment-discrimination case against her former government employer. She moves to proceed *in forma pauperis*. A single judge may rule on the motion. *See* Fed. R. App. P. 27(c).

This court may grant a motion to proceed *in forma pauperis* if it is supported with a financial affidavit that demonstrates an inability to pay court fees and costs, claims an entitlement to redress, and states the issues that the party intends to present on appeal. Fed. R. App. P. 24(a)(5). Pauper status does not require an applicant to be "absolutely destitute." *Adkins v. E.I. DuPont de Nemours & Co.*, 335 U.S. 331, 339 (1948). Instead, "the question is whether the court costs can be paid without undue hardship." *Foster v. Cuyahoga Dep't of Health & Hum. Servs.*, 21 F. App'x 239, 240 (6th Cir. 2001). The filing fee for an appeal in this court is $500. 6 Cir. I.O.P. 3(a).

Phillips is represented by counsel and supports her motion with a financial affidavit. She represents that her only income is short term disability payments, which she asserts will cease soon

No. 23-5118
-2-

and, in any event, are insufficient to cover her roughly $2,940, in monthly expenses. While Phillips owns a car worth $15,000, she reports only $97 in cash on hand and her checking account is overdrawn by $900. Therefore, Phillips's income and expenses make it unlikely that she can pay this court's filing fee and other court costs without undue hardship.

    Accordingly, the motion to proceed *in forma pauperis* is **GRANTED**.

ENTERED BY ORDER OF THE COURT

Deborah S. Hunt, Clerk